NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CAROLYN DANIELS, )
)
        Appellant, )
)
v. )      Case No. 2D18-149
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.